UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
DARRELL EDWARD GARTH                           CASE NO:    11-43684-TJT
ACQUANETTA GARTH                               CHAPTER:    13
                                               JUDGE:      TUCKER
                      **Plaintiff(s)**         /
DARRELL EDWARD GARTH
ACQUANETTA GARTH

                      **Plaintiff(s),**
v.                                              Adv Proc. No.  11-05795-TJT
BAC HOME LOAN SERVICING, L.P.

                      **Defendant.**         /

## DEFAULT JUDGMENT

Upon the Clerk's Entry of Default, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that upon completion of the debtors' Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number **11-43684-TJT**, the mortgage ("Mortgage") dated **07/03/2006**, covering the following described property ("Property") situated in the City of Detroit, County of Wayne, State of Michigan and further described as follows:

> "Jefferson Village II Condominium," according to the Master Deed recorded in Liber 44330, Page 123 Wayne County Records, and designated as Wayne County Condominium Subdivision Plan No. 904, together with rights in general common elements and limited common elements, as set forth in the above Master Deed, as described in Act 59 of the Public Acts of 1978, as amended.  Tax ID No: Part of Ward 21 Items 042036 and 042037.

recorded in the Wayne County Register of Deeds on **07/03/2006** Liber-**44926** Page-**896**, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the debtors' Chapter 13 Plan and upon the entry of a Chapter13 discharge order in bankruptcy case number **11-43684-TJT**, the debtor may record a certified copy of this order, with a copy of the debtors' Chapter 13 discharge order attached, with the Wayne County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the debtor fails to complete the debtors' Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number**11-43684-TJT**, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy

case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

**Signed on July 19, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge